```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN ZAYAS, individually and on behalf
on behalf of all others similarly situated,

                  Plaintiff

17cv6461 (AT)(KNF)

STIPULATION DISCONTINUING
ACTION WITH PREJUDICE

- against -

191 SEVENTH AVENUE CORPORATION and
PECORINO, INC.,

                  Defendants

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person, not a party, has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:     February 15, 2018

JAMES E. BAHAMONDE, P.C.

By: _____

James E. Bahamonde
2501 Jody Court
North Bellmore, NY 11710
Tel: (516) 783-9662

Attorney for Plaintiff

CATAFAGO FINI LLP

By: _____

Adam Sherman
The Empire State Building,
350 Fifth Avenue, Suite 7710
New York, New York 10118
Tel: 212-239-9669

Attorneys for Defendants

SO ORDERED.

Dated: February 16, 2018
      New York, New York

_____
ANALISA TORRES
United States District Judge